COPY

08 CV 7195

Judge Berman

KIRSCH GARTENBERG HOWARD <sup>LLP</sup>
*Attorneys for Plaintiff*
Two University Plaza
Hackensack, New Jersey 07601
(201) 488-4644

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
HTTP ELECTRONIC PUBLISHING, INC.,

                      Plaintiff,

    -against-

SMB RESOURCE GROUP, SYSTEK
CORPORATION, MOHAMMAD SHAFIQ ur
RAHMAN, AZHAR A. MALIK, MUNAZA
MALIK, and JOHN DOE, a fictitious person or entity
whose name is not currently known,

                      Defendants.
------------------------------------------------------------X

Docket No.

RECEIVED
AUG 13 2008
U.S.D.C. S.D. N.Y.
CASHIERS

**Disclosure Statement
Pursuant to FRCP Rule 7.1**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, plaintiff, by its attorneys, states that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: August 12, 2008

                                         KIRSCH GARTENBERG HOWARD <sup>LLP</sup>
                                         *Attorneys for Plaintiff*

                                         By: _____
                                              Thomas S. Howard

H:\3634.006 HTTP\Pleadings\DisclosureStmnt.doc